CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 05 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DWAYNE L. WILLIAMS, | ) | CASE NO. 7:16CV00562 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Hon. Glen E Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the conditionally filed petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 5th day of January, 2017.

/s/ Glen E. Conrad
Chief United States District Judge